IN RE: Lamont Demetress **BOLDEN, Petitioner.**

No. 17-2202

United States Court of Appeals, Fourth Circuit.

Submitted: November 16, 2017

Decided: November 20, 2017

Lamont Demetress Bolden, Petitioner Pro Se.

Before GREGORY, Chief Judge, and TRAXLER and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lamont Demetress Bolden petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court granted Bolden's motion on October 11, 2017. Accordingly, because the district court has recently decided Bolden's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore this court and argument would not aid the decisional process.

*PETITION DENIED*